# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:04CV194

| | |
|---|---|
| ANSEL B. TROTTER, JR., Individually, and COURTNEY TROTTER, by her Guardian ad Litem, Ansel B. Trotter, Jr., )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>SUGAR MOUNTAIN RESORT, INC.; B. DALE STANCIL, Individually; THE SUGAR MOUNTAIN IRREVOCABLE TRUST; and THE B. DALE STANCIL IRREVOCABLE TRUST, )<br><br>Defendants. ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court to schedule a hearing on the approval of the minor settlement herein.

**IT IS, THEREFORE, ORDERED** that a hearing on the minor's settlement herein is scheduled for **MONDAY, MARCH 27, 2006, AT 11:00 AM**, in the Main Courtroom on the Third Floor of the U.S. Courthouse in Asheville, North Carolina.

Signed: March 6, 2006

Lacy H. Thornburg
United States District Judge